### A. M. TYRER vs. S. Y. HYDE and others.

#### July 23, 1880.

The finding of the trial court in this case is supported by the evidence.

Appeal by defendant from a judgment of district court for Freeborn county, *Page*, J., presiding.

*Lovely & Morgan*, for appellant.

*Tyrer & Whytock*, for respondent.

BERRY, J. Upon an examination of the briefs of counsel, and a reference to the paper-book, it appears to us that the

important questions in this case are questions of pure fact. In other words, the only important inquiry for this court is whether the finding of the court below is supported by the evidence. From our examination of the papers, we are satisfied that this inquiry must be answered in the affirmative.

Judgment affirmed.*

*NOTE. *A. E. Johnson* v. S. Y. Hyde et al.*
BERRY, J. This case follows *Tyrer* v. *Hyde*.
Judgment affirmed.